# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HOFF,<br><br>     Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>     Defendant. | **Case No. CV13-01288 TJH(OPx)**<br><br>**ORDER OF DISMISSAL UPON STIPULATION [JS-6]** |
| HOME DEPOT U.S.A., INC.,<br><br>     Third-Party Plaintiff,<br><br>v.<br><br>LL BUILDING PRODUCTS INC.; and BUILDING MATERIALS CORPORATION OF AMERICA dba GAF MATERIALS CORPORATION,<br><br>     Third-Party Defendants. | |
| AND RELATED COUNTERCLAIM. | |

CV13-01288 TJH(OPx)

**ORDER OF DISMISSAL UPON STIPULATION**

1  Pursuant to the Stipulation of Voluntary Dismissal with Prejudice submitted by
2  all the parties who have appeared in the above-entitled action,
3  IT IS ORDERED that all claims, third party claims and counterclaims in the
4  above-captioned action are hereby dismissed with prejudice, with each party to bear
5  his/its own costs and attorney's fees.
6  IT IS SO ORDERED.

8  DATED: September 9, 2014

   HON. TERRY J. HATTER, JR.
   United States District Judge